Stewart *v.* Patterson.

### CHARLES STEWART vs. DR. CHARLES G. PATTERSON.

A statement of demand in a justice's court, containing charges as follow :—To order of V. W. Emley ; to due bill. I. Horner, (accepted;) to due bill. I. Branson, (accepted) is informal and insufficient.

This was an action of debt brought in the court for the trial of small causes, and removed into this court by writ of certiorari. The account of the plaintiff, as filed with the justice, contained, among others, the following items:—

| | | |
|---|---|---|
| 1832, June 11. Order—V. W. Emley, accepted, | $15 | 01 |
| Due bill—I. Horner—accepted, | 10 | 67 |
| Due bill—I. Branson—accepted, | 39 | 43 |

*Wall* for the plaintiff in certiorari and defendant below, moved to reverse the judgment, because of the insufficiency of the statement of demand in the above particulars. The liability of the defendant, ought to have been more clearly and fully set out.

BY THE COURT. Let the judgment be reversed. The statement of demand is informal and insufficient.

Judgment reversed.